AO 106 (Rev. 04/10) Application for a Search Warrant

AUTHORIZED AND APPROVED/DATE: ___EMJ 5/17/2024___

amG
5/20/24

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH DISCORD<br>ACCOUNT 1077344378621800488 THAT IS STORED<br>AT PREMISES CONTROLLED BY DISCORD, INC. | )<br>)<br>)<br>)<br>)<br>) | Case No.  MJ-24- 452 |

*FILED*
*MAY 2 0 2024*
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____ DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached and incorporated by reference herein.

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. s. 2252A(a)(5)(B) | Possession of Materials Containing Child Pornography |

The application is based on these facts:

See the attached Affidavit of HSI Special Agent Kyle Itkin, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kyle Itkin, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5/20/24

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. MAGISTRATE JUDGE
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT</u>

I, Kyle Itkin, being first duly sworn, state that the following is true to the best of my knowledge and belief:

1.      I make this Affidavit in support of an application for a search warrant for information associated with a Discord account that is stored at premises owned, maintained, controlled, or operated by Discord, Inc. ("Discord"), a company headquartered in San Fransisco, California. The information to be searched relates to Discord Account 1077344378621800488, which goes by the user name, "loverboy42719" ("**SUBJECT ACCOUNT**"), and is described in the following paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord to disclose to the government records and other information in its possession or control, pertaining to the subscriber or customer associated with the account.

2.      I am a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge, Oklahoma City office. I have been employed as a Special Agent since 2022, and I am currently assigned to a group that primarily investigates child exploitation and human trafficking offenses. While employed by HSI, I have investigated federal criminal violations related to child pornography and the sexual exploitation of children, including enticement related offenses and production, possession, and distribution of child pornography. Moreover, through my training and experience, I am familiar with the specialized terminology, procedures, and processes referenced in this Affidavit.

3.      I am a federal law enforcement officer authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

4.      The facts in this Affidavit come from my personal observations, my training and

1

experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that child exploitation offenses, including violations of Title 18 U.S.C. § 2252A (transportation, distribution, receipt, and possession of child pornography), have been committed by a Discord user, loverboy42719, and that Discord was used in the commission of the offense. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction," as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is a "district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## CYBERTIPLINE REPORTS

7.      The National Center for Missing and Exploited Children ("NCMEC") is an organization that, among other things, tracks missing and exploited children and serves as a repository for information about child pornography. Federal law requires NCMEC to operate the CyberTipline and requires Electronic Service Providers ("ESP"s) to report apparent instances of child pornography offenses. Providers also have the discretion to submit reports concerning planned or imminent child pornography offenses. Companies that suspect child pornography has been stored or transmitted on their systems report that information to NCMEC in a CyberTipline Report (or "CyberTip"). The ESP submits the report and uploads content to NCMEC via a secure

connection. Aside from required information such as incident type, date, and time, reporters can also fill in voluntary reporting fields such as user or account information, IP addresses, or information regarding the uploaded content itself, as well as other information it may have collected in connection with the suspected criminal activity. The ESP may or may not independently view the content of the file(s) it uploads. Using publicly available search tools, NCMEC then attempts to locate where the activity occurred based on the information the ESP submits, such as IP addresses. NCMEC then packages the information from the ESP along with any additional information it has, such as previous related CyberTips, and sends it to law enforcement in the jurisdiction where the activity is believed to have occurred.

## THE INVESTIGATION

8.      On March 31, 2023, at approximately 8:01:47 PM Central Standard Time ("CST"), Google, an ESP, became aware of a user, thompsonroger303@gmail.com, uploading images of child pornography to Google Drive. The images were identified by Google by a file hash match, based on previously reported images of child pornography or a Google employee reviewing the file. Hashing is the process of converting data, in this case images or videos, into a fixed-length string of numbers. It is accomplished by using a complex mathematical function to output a fixed value. The file hashes that the NCMEC utilizes to compare images is the "MD5" (Message-Digest 5) algorithm. MD5 generates a 32-character string of text that is unique to each file. Hashes cannot be reversed, so possessing the hash value alone will not allow you to reconstruct the contents of the file. However, it can be used to determine whether two files are identical or not. In law enforcement, this is useful because it allows an investigator with a known dataset of hashes from prior discovered images of child pornography to compare to newly discovered files in child pornography investigations. An investigator will then know if the file contains child pornography.

9.      Documented in CyberTipline Report 159655909, Google provided an upload IP Address of 2600:1700:9575:1860:a8c2:92b4:9d15:5c4c, an account name of Roger THOMPSON,[1] and a contact phone of (405) 365-7580. There were additional instances of files, which met the federal definition of child pornography, being uploaded from the same Google account; this occurred on April 1, 2023 and April 7 of 2023, and these instances are documented in CyberTipline reports 159694795 and 159904695, respectively. In total, three separate CyberTipline reports indicated that files containing child pornography were uploaded by Google account user thompsonroger303@gmail.com.

10.     On January 9, 2024, Homeland Security Investigations ("HSI") Oklahoma City was referred this case from OCPD. I met with Inspector Alfred at the OCPD investigative office located in Oklahoma City, Oklahoma. Inspector Alfred provided me with all the case files related to this investigation, including the associated NCMEC CyberTipline Reports. I was also provided with the associated legal processes that had been previously served and their corresponding returns. I reviewed the CyberTipline Reports and the content stored in the Google account associated with the username thompsonroger303@gmail.com, which was returned from a previously signed state search warrant. The Google account's Google Drive contained numerous images and video files of child pornography.

---

[1] Roger Thompson is believed to be the same individual as Rogers Leon Thompson, Jr., through investigative methods and database checks. Specifically, law enforcement's review of DMV records reflects Rogers Leon Thompson's address is the **SUBJECT PREMISES** and his driver's license features an image of the individual law enforcement has observed at the **SUBJECT PREMISES** during surveillance. Furthermore, law enforcement's review of LinkedIn profiles has revealed a profile under the name Roger Thompson that features an image of the same individual. Additionally, he shares the name Rogers Leon Thompson with his father and son.

4

11.   On February 2, 2024, at approximately 9:38:48 PM CST, Discord, an ESP, became aware of a user, the **SUBJECT ACCOUNT**, uploading images of child pornography to Discord servers. Documented in CyberTipline Report 186095087, Discord provided a login IP Address of 199.60.101.226, an account username of **SUBJECT ACCOUNT**, an account user ID 1077344378621800488, an email of votreamourforyou@gmail.com, and a contact phone of (405) 365-7580. This phone number matches the phone number in the previous cyber tips and is annotated as verified in the CyberTipline Report.

## IDENTIFICATION OF USER

12.   On April 9, 2024, I submitted a letter of preservation to Discord for account data associated with the **SUBJECT ACCOUNT**.

13.   On May 7, 2024, I issued a Customs Summons to Discord, Inc. requesting the subscriber information for the **SUBJECT ACCOUNT**.

14.   On May 7, 2024, Discord provided the following subscriber information for the **SUBJECT ACCOUNT**:

    a) User ID: 1077344378621800488

    b) Username: deleted_user_89d898010da3#0

    c) Email: Not found

    d) Email verified: No

    e) Phone number: Not found

    f) Registration IP: Not found

    g) Registration Time (UTC): 2023-02-20 21:41:55

    h) Last Seen Time (UTC): 2024-02-02 03:41:56

    i) Last Seen IP: 199.60.101.226

## BACKGROUND ON COMPUTERS AND CHILD PORNOGRAPHY

15.     Based on my knowledge, training, and experience in child exploitation and child pornography investigations—and the experience and training of other law enforcement officers with whom I have had discussions—computers, computer technology, and the Internet have revolutionized the manner in which child pornography is produced and distributed.

16.     Computers, electronic communication devices, and electronic service providers (i.e., social media websites and cloud storage services), serve four basic functions in connection with child pornography:  production, communication, distribution, and storage.

17.     Child pornographers can transpose photographic images from a camera into a computer-readable format with a scanner.  With digital cameras, the images can be transferred directly onto a computer.  A modem allows any computer to connect to another computer through the use of a telephone, cable, or wireless connection.  Through the Internet, electronic contact can be made to literally millions of computers around the world.

18.     The computer, electronic communication device and electronic service provider's ability to store images in digital form makes the computer itself an ideal repository for child pornography.  The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years.  These drives can store thousands of images at very high resolution.

19.     The Internet affords collectors of child pornography several different venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion.

20.     Collectors and distributors of child pornography also use online resources to retrieve and store child pornography, including services offered by Internet Portals such as Google, Yahoo!, Hotmail, Dropbox, and in this case, Discord (further described below).  These online

6

services allow a user to set up an account with a remote computing service that provides e-mail services and/or the electronic storage of computer files in a variety of formats. A user can set up an online storage account from any computer with access to the Internet. Evidence of such online storage of child pornography is often found on the user's computer.

21.     Electronic Service Providers maintain various subscriber and user information that its users provide when registering for its accounts. Some Electronic Service Providers also require payment for certain services or features. Such information is materially important in cases where online accounts are utilized to trade child pornography, as this information can help in confirming the identity of the individuals using the accounts and committing the offenses.

22.     Electronic Service Providers maintain various logs of IP addresses utilized to access the accounts.    The IP information is again materially important in child pornography investigations. This information helps in identifying the subjects and the locations where their computer devices are located.

23.     During my investigations into sexually related crimes, it was noted that a majority of individuals view pornography on their computers (or mobile devices) via the internet, and often store copies of images in a way to allow them easy access to the images, including thumb drives, external hard drives, web storage sites, and other digital storage devices and web-based cloud accounts. Through my training and experience working cases involving child pornography, and through consulting with other experts in the field, I have learned that illegal contraband, such as child pornography and other materials like child erotica and incest literature, are typically collected, stored, and distributed by individuals that engage in this type of illegal activity. This type of contraband (collected child pornography) is not "used up" as are other types of contraband, such as alcohol or drugs. Contraband of this type can and is usually stored for indefinite amounts

7

of time by the possessors of this illegal contraband. Users who collect child pornography are sexually aroused by images of child pornography. Child pornography is not readily available commercially in the United States or most other countries as is adult pornography. Child pornography users are forced to obtain their pornographic media from other sources. Once users collect these images and add them to their collections, the users often do not dispose of these images. These individuals often hide their viewing /storage of pornographic images from their loved ones and other household members. Through my training and experience, and through consultation with other experts, it is known that in many instances these types of files have been found stored for years and transferred from and between storage mediums, storage devices, and from the user's old computer to the user's new storage medium.

## DISCORD

24.    Discord owns and operates a free-access, all-in-one voice and text chat application and website of the same that can be accessed via the internet at http://www.discordapp.com. Discord is a "cross-platform" application, which is available for Microsoft Windows, Mac OS, Android, Apple iOS and Linux operating systems. Discord currently has approximately 25 million users and targets gamers in the gaming community.

25.    Discord has the ability to maintain information associated with the web history of its users. Such information is materially relevant in child exploitation investigations, as it may help in identifying websites used by subjects to obtain child pornography and locate victims.

26.    Discord allows its users to establish accounts, which they can then use to communicate with other Discord users. Discord also allows users to create servers, or chat rooms, to host discussion on any topic. A server can be configured as public, meaning anyone can join, or it can be configured to be private. To participate in a private server, a user must be invited by

aonther user who already belongs to that private server. Invitiations can be configured to expire after a short period of time, limited to the number of times an invitiation can be shared, and even be configured to limit a user to participating in the group one time.

27.    Within a specific server, Discord provides text chat capabilities, to include the ability to upload and share images and videos. Discord also provides voice chat capabilities in which users are able to directly call one or more users at a time, allowing for the group voice chats, similar to other voice service providers such as Skype and TeamSpeak.

28.    Similar to other communications platforms, Discord users are able to create and maintain a friends list, participate in mulitple servers or communications channels, and set their current status indicator to appear online, away, or invisible to other users.

29.    When signing up for a Discord account, the user must agree to Discord's Terms of Service.[2] In Discord's terms of service, the Rules of Conduct and Usage state, "You agree not to use the Service in order to: violate any applicable laws or regulations, or promote or encourage any illegal activity..."

30.    Discord asks users to provide basic contact information to Discord, either during the registration process or theereafter. The information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identitfiers. Discord also assigns a user identification number to each account.

31.    Discord may also retain Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address

---

[2] Discord's Terms of Service May be accessed online at http:/discordapp.com/tos.

on Discord, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Discord profile, that user's IP log would refelect the fact the user viewed the profile and would show when and from what IP address the user did so, which could further assist law enforcement in confirming the location of the offense conduct.

32.     Social networking providers like Discord typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Discord users may communicate directly with Discord about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Discord typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any action taken by the provider or users as a result of the communications.

33.     The computers or servers of Discord are likely to contain all material just described, including stored electronic communications and information conerning subscribers and their use of Discord, such as account access information, transaction information, and account activation.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

34.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Discord to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.

Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

35.    Based on the foregoing, I request that the Court issue the proposed search warrant.

36.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.   The government will execute this warrant by serving it on Discord.  Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Kyle Itkin
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence. May 20, 2024

AMANDA MAXFIELD GREEN
United States Magistrate Judge

11

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

This warrant applies to information associated with Discord Account ID 1077344378621800488, which is known to go by the username, "loverboy42719," and that is stored at the premises owned, maintained, controlled, or operated by Discord, Inc. ("Discord"), a company headquartered at 444 De Haro Street, Suite 200, San Francisco, California 94107.

## ATTACHMENT B

## SPECIFIC ITEMS TO BE SEIZED

**I.    Information to be Disclosed by Discord, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, regardless of whether such information is located within or outside of the United States—including emails, records, files, logs, or information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f)—Discord is required to disclose the following information to the Government for each account or identifier listed in Attachment A. Such information should include the below-described content:

1.    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

2.    All subscription information, including the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, account status, alternative e-mail addresses provided during registration, methods of connecting to the Discord account, log files, and means and source of payment (including any credit or bank account number);

3.    All records, content, and other information stored by an individual using the account, including address books, contacts and buddy lists, and calendar data;

4.    All other records and contents of communications and messages made or received by the user from March 31, 2023 to the present;

1

5.  All activity logs for the account and all other documents showing the user's posts and other Discord activities from March 31, 2023 to the present;

6.  All photos and videos uploaded or received by the account from March 31, 2023 to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

7.  All communications and records exchanged between the user account;

8.  All records of any accounts that are linked by cookies (meaning all accounts accessed from the same device);

9.  All records indicating which account(s) are registered with the same email address, telephone number, credit card or banking information, hardware identifier, or creation IP address as the account or identifier;

10. Any stored Web History; such as subscriber/registration information, IP logs and any other Web History data;

11. Any stored location information, such as IP logs and/or any GPS logs associated with the data and/or device used to access the data, to include any metadata associated with photos stored on Discord's servers; and

12. All records pertaining to communications between Discord and any person regarding the account, including contacts with support services and records of actions taken.

Discord is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

## II.    Information to be Seized by the Government

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, Title 18 U.S.C. § 2252A (transportation, distribution, receipt, and possession of child pornography), involving the **SUBJECT ACCOUNT** described in Attachment A since March 31, 2023, to the present, including, for the user ID identified on Attachment A, information pertaining to the following matters:

1.    Records related to "child pornography," as defined in 18 U.S.C. § 2256(8), and "child erotica," which means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors engaging in sexually explicit conduct;

2.    Records constituting evidence of or pertaining to an interest in child pornography or sexual activity with children;

3.    Records regarding username "loverboy42719";

4.    Credit card and other financial information, including but not limited to bills and payment records;

5.    Evidence of who created, owned, used, controlled, or communicated with the account listed on Attachment A, including records identifying the device used to access the account;

6.    Records showing or identifying the devices used to connect to the account; and

7.    Records regarding the location of the user of the account during account activity and to help reveal the whereabouts of such person(s).

3

As used above, the term "records" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage and any photographic form.

This warrant authorizes a review of electronically stored information, communications, other records, and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, HSI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.